Nov. Term,
1858.

ADAMS
v.
KERNS.

*Wednesday,*
*December* 15.

---

ADAMS *v.* KERNS.

*Wednesday,*
*December* 15.

APPEAL from the *Cass* Circuit Court.

PERKINS, J.—Suit before a justice of the peace upon a promissory note.   The suit was by the payee against the maker.   The note was filed as the cause of action.

It constituted a sufficient complaint.

On appeal, in the Circuit Court, there was judgment for the plaintiff.

It appears by a bill of exceptions that the defendant asked the Court to make a statement of the facts in the case, and its conclusions of law thereon, "and to make it a

part of the record in this case." Here the bill closes, and we are not informed why such a statement is not in the record. The bill does not allege that the Court refused to make it, nor was any exception taken. We must conclude that a compliance with the request was waived by the party, or that, if complied with, the appellant has not seen fit to have the statement copied into this record.

*Per Curiam.*—The judgment is affirmed, with 10 per cent. damages and costs.

*L. Chamberlin*, for the appellant.

*H. P. Biddle*, for the appellee.